UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| STEPHEN W. WOODWARD | * | CIVIL ACTION NO. : 3:16-cv-00108 |
| Plaintiff, | * | |
| versus | * | JUDGE SHELLEY D. DICK |
| SUN LIFE ASSURANCE COMPANY OF CANADA | * | |
| Defendant. | * | MAGISTRATE JUDGE ERIN WILDER-DOOMES |

## ORDER

Considering Plaintiff's Motion to Dismiss, with Prejudice;

IT IS HEREBY ORDERED that the above-captioned action and all claims against Defendant Sun Life Assurance Company of Canada are dismissed with prejudice, with each party to bear their own costs.

Baton Rouge, Louisiana this __22nd__ day of November 2019.

_____
UNITED STATES DISTRICT JUDGE

00650444                                                       1